# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:08CR33

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ) | |
| CHRISTOPHER JASON WOODARD ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's motion to correct sentence pursuant to Fed. R. Crim. P. 35(a).

Rule 35(a) provides that a Court may correct a sentence that "resulted from arithmetical, technical, or other clear error" within seven days after sentencing. **Fed. R. Crim. P.35(a).** On July 29, 2009, the Court sentenced the Defendant to a 110-month term of imprisonment followed by a three year term of supervised release for violating 21 U.S.C. § 841. ***See*** **Judgment in a Criminal Case, filed July 30, 2009.** Pursuant to 21 U.S.C. § 841(a)(1)(B), the term of supervised release for a violation of § 841 if there is a prior conviction for a felony drug offense is "8 years in addition to such term of imprisonment." **21 U.S.C. § 841(a)(1)(B).**

Inasmuch as the record establishes that the Defendant has prior felony drug convictions, the three year term of supervised release imposed clearly is contrary to this statute.

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED.**

**IT IS FURTHER ORDERED** that the Clerk prepare an amended judgment correcting the term of supervised release from 3 years to 8 years. All remaining terms and conditions of the original Judgment remain in full force and effect.

Signed: August 3, 2009

Lacy H. Thornburg
United States District Judge