# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:08CR33

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| CHRISTOPHER JASON WOODARD | ) | |

**THIS MATTER** is before the Court on the Defendant's motion to correct the Judgment herein to provide him with credit for time spent in state custody on state charges that were ultimately prosecuted herein.

For the reasons stated in the motion, for cause shown, and the Government having advised the Court that it has no objections to the relief sought,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is **ALLOWED.**

**IT IS FURTHER ORDERED** that the Clerk prepare an amended judgment containing the following language:

> The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 110

<u>months</u>.  The defendant shall be given credit of 208 days against said sentence for time spent in state custody on state cases that formed the basis of the charges herein.

**IT IS FURTHER ORDERED** that all other terms and conditions of the Amended Judgment filed August 4, 2009, remain in full force and effect.

                              Signed: August 14, 2009

                              Lacy H. Thornburg
                              United States District Judge