# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 2:08-cr-00033-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>CHRISTOPHER JASON WOODARD, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's letter [Doc. 44], which the Court construes as a motion for the release of a detainer.

The Defendant, who is currently in state custody, states in his letter that he has an outstanding federal supervised release violation petition and that the detainer placed on him as a result of that violation is prohibiting him from participating in certain programs in the state prison. He asks the Court to "take care of" both his supervised release violation petition and the detainer. [Doc. 44].

The Government filed a Petition for Writ of Habeas Corpus ad Prosequendum on July 19, 2018. [Doc. 45]. Once granted, this Petition will permit the return of the Defendant to federal court in this District to resolve

his outstanding supervised release violation petition. Accordingly, the Defendant's motion is moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's letter [Doc. 44], which the Court construes as a motion for the release of a detainer, is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: July 27, 2018

Martin Reidinger
United States District Judge